CHRISTIAN, Judge.

The offense is driving an automobile on a public highway while intoxicated; the punishment a fine of fifty dollars and confinement in jail for thirty days.

The recognizance for the appeal is fatally defective. It is in the form of an ordinary appearance bond. It fails to state that appellant has been convicted of a felony, and nowhere therein is appellant bound to abide the "judgment of the Court of Criminal Appeals of the State of Texas." Art. 817, C.C.P.; Smart v. State, 116 Tex. Cr.R. 639, 32 S.W.2d 197. Appellant being enlarged upon a fatally defective recognizance, this court is without jurisdiction. Smart v. State, supra.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for possession of liquor for purpose of sale in dry area; punishment assessed is a fine of $300.

The record is before us without a statement of facts or bills of exceptions. The information is sufficient to charge the offense, and all procedural matters appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## ARMSTRONG v. STATE.
### No. 20219.

Court of Criminal Appeals of Texas.
March 1, 1939.

## GREEN v. STATE.
### No. 20222.

Court of Criminal Appeals of Texas.
March 1, 1939.

Eugene F. Mathis, of San Angelo, for appellant.